# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DOMINIC A. PETRIKAS, Defendant. | PO 21-5065-GF-JTJ VIOLATION: 9712394 Location Code: M13 ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** pursuant to Fed. R. Crim. P. 48(a).

**IT IS FURTHER ORDERED** that the initial appearance scheduled for March 4, 2021, is **VACATED**.

DATED this 25th day of February, 2021.

_____
John Johnston
United States Magistrate Judge